```
Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Tel: (949) 720-9200
Fax: (949) 608-0128

Attorneys for Movant
U.S. Bank National Association, as trustee, on behalf of the
holders of the Home Equity Asset Trust 2005-9 Home Equity
Pass-Through Certificates, Series 2005-9
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>JOHN P. VALDERAMA and ROSARIO F. VALDERAMA<br><br>        Debtors.<br>_____ | ) CASE: 09-48321TB<br>)<br>) CHAPTER 7<br>)<br>) REF.: ASW-619<br>)<br>) NOTICE OF MOTION FOR<br>) RELIEF FROM THE<br>) AUTOMATIC STAY<br>)<br>) DATE: 10/30/09<br>) TIME: 11:00am<br>) CTRM: 201<br>) U.S. Bankruptcy Court<br>) 1300 Clay Street<br>) Oakland, CA 94604 |

TO Debtors, their counsel, and the Chapter 7 Trustee:

PLEASE TAKE NOTICE that on October 30, 2009 or as soon thereafter as the matter can be heard before the Honorable LESLIE TCHAIKOVSKY of the above-entitled court located at 1300 Clay Street, Oakland, California, Movant will move this Court for an order granting relief from the automatic stay relative to this Creditor's interest in the real property commonly known as 29300 Dixon Street, Hayward, CA 94544 aka

Matter I.D. 6401-5681

325 Valle Vista Avenue, Hayward, CA 94544 and more fully described in the Motion herein.

The Motion will be made on the grounds that there is cause for relief from stay, including (1) lack of adequate protection; (2) no equity in the subject property for the benefit of the Debtor and the property is not necessary for an effective reorganization; and (3) Debtor's failure to make the required Trust Deed payments.

The Motion is based upon the pleadings, records and files in this case including the instant Motion and the Declaration of JO-ANN GOLDMAN filed concurrently herewith.

NOTICE IS HEREBY GIVEN that failure to appear at the above hearing will be deemed a waiver of ones' rights to oppose this Motion resulting in an order granting relief from stay being entered against you.

DATED: 10/7/09          THE WOLF FIRM

/s/ Alan Steven Wolf
ALAN STEVEN WOLF
Attorneys for Movant
U.S. Bank National
Association, as trustee, on
behalf of the holders of the
Home Equity Asset Trust 2005-9
Home Equity Pass-Through
Certificates, Series 2005-9

Matter I.D. 6401-5681