

**Signed: November 03, 2009**

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

Alan Steven Wolf, Bar No. 94665
Daniel Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
(949) 720-9200 Telephone
(949) 608-0128 Fax
Alan.Wolf@wolffirm.com

Attorneys for Movant
U.S. Bank National Association,
As trustee, on behalf of the
holders of the Home Equity
Asset Trust 2005-9 Home Equity
Pass-Through Certificates,
Series 2005-9

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>JOHN P. VALDERAMA and ROSARIO F. VALDERAMA<br><br>    Debtors. | CASE: 09-48321TB<br>CHAPTER 7<br>REF.: ASW-619<br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br>DATE: 10/30/09<br>TIME: 11:00am<br>CTRM: 201<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, California |

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-9 Home Equity Pass-Through Certificates, Series 2005-9, and having come to be heard before the HONORABLE LESLIE TCHAIKOVSKY, UNITED STATES BANKRUPTCY JUDGE, on October 30, 2009, Movant appearing by its attorneys THE WOLF FIRM, and there being no pleading in opposition nor

Matter I.D. 6401-5681

appearance by the Trustee or the Debtors, and the Court, having read the various pleadings, documents and proceedings, and service having been made, and after due deliberation, does make its order as follows:

IT IS ORDERED that with respect to the real property commonly known as 29300 Dixon Street (aka 325 Valle Vista Avenue), Hayward, CA 94544, and more fully described as follows:

> SEE DOCUMENT NO. 2005392642 RECORDED IN
> THE OFFICIAL RECORDS OF ALAMEDA COUNTY ON
> 9/13/2005

Movant and its agents and successors are relieved of the automatic stay, and said stay is immediately terminated, so that Movant and its agents and successors may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after foreclosure sale, including, but not limited to, the right to commence and/or consummate foreclosure proceedings on the property and the right to proceed in any action to obtain possession of the property.

IT IS FURTHER ORDERED that the 10 day stay of Bankruptcy Rule 4001(a)(3) is hereby waived.

** END OF ORDER **

```
                        COURT SERVICE LIST
 1
   Debtor:
 2 JOHN P. VALDERAMA
   27787 Tampa Avenue
 3 Hayward, CA 94544

 4 Debtor:
   ROSARIO F. VALDERAMA
 5 27787 Tampa Avenue
   Hayward, CA 94544
 6
   Chapter 7 Trustee:
 7 LOIS I. BRADY
   P.O. Box 12754
 8 Oakland, CA 94604

 9 Debtors' Counsel
   ROBERT A. WIECKOWSKI
10 Law Offices of Robert A. Wieckowski
   39510 Paseo Padre Pkwy. #220
11 Fremont, CA 94538

12 The Wolf Firm
   2955 Main Street, Second Floor
13 Irvine, CA 92614

14

15

16

17

18

19

20

21

22

23

24

25

26

27

   Matter I.D. 6401-5681
```

Case: 09-48321    Doc# 18    Filed: 11/03/09    Entered: 11/03/09 17:51:36    Page 3 of 3